# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FREDERICK H. DAWSON, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, Acting Commissioner of Social Security, <br><br> Defendant. | **JUDGMENT IN A CIVIL CASE** <br><br> Case No. C14-501-BJR |

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Report and Recommendation is adopted and approved. The final decision of the Commissioner is REVERSED and REMANDED for further administrative proceedings consistent with the Report and Recommendation.

Dated this 11th day of March, 2015.

WILLIAM M. McCOOL
Clerk

Mary Dutt
Deputy Clerk